UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5644

----------------------------------------------

UNITED STATES OF AMERICA

Plaintiff-Appellant

v.

TRENTON LAYNE TAYLOR

Defendant-Appellant

----------------------------------------------

**RESPONSE IN OPPOSITION TO MOTION OF UNITED STATES TO HOLD CASE IN ABEYANCE**

----------------------------------------------

Appellant Trenton Layne Taylor urges that the Court deny appellee's motion to hold this case in abeyance. While there is some commonality of the issues raised in this case and in *United States v. Goins*, Case No. 23-5848, the Court's ruling in one will not necessarily determine the Court's ruling in the other. The reasons that one ruling will not necessarily be determinative of both are the differences in the predicate felony convictions of the respective appellants and in the facts and circumstances supporting their respective prosecutions for violating 18 U.S.C. § 922(g)(1). Furthermore, appellant, who is serving a term of imprisonment that he challenges on Second Amendment constitutional grounds, respectfully disagrees that he will not be prejudiced by holding this case in abeyance.

WHEREFORE, appellant prays the Court deny the appellee's motion to hold this case in abeyance.

Respectfully submitted,

BY:  /s/Robert L. Abell
ROBERT L. ABELL
120 N. Upper Street
Lexington, KY 40507
859-254-7076 (phone)
E-mail: Robert@RobertAbellLaw.com
COUNSEL FOR APPELLANT

## Certificate of Service

I hereby certify that the foregoing was electronically filed with the Sixth Circuit's electronic filing system this 24th day of November 2023, and that notice will be sent electronically by that system to All Counsel of Record.

/s/ Robert L. Abell
COUNSEL FOR APPELLANT